**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6004**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

ANTHONY ALLEN QUINN,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:01-cr-00089-LMB-1)

Submitted:  May 24, 2012                    Decided:  May 30, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Allen Quinn, Appellant Pro Se.   William Neil Hammerstrom, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Allen Quinn appeals the district court's orders denying his motion to compel the Government to file a Fed. R. Crim. 35(b) motion and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Quinn, No. 1:01-cr-00089-LMB-1 (E.D. Va. Oct. 18, 2011; filed Nov. 21, 2011 & entered Nov. 22, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2